IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHARLES NEIL PARKER,<br><br>                    Defendant. | 8:18CR301<br><br>ORDER |

This matter is before the Court on defendant Charles Neil Parker's unopposed oral motion to extend his self-surrender date [145].

IT IS ORDERED:

1. Defendant Charles Neil Parker's Unopposed Motion to Extend Self-Surrender Date [145] is granted;

2. Defendant shall report no later than 2:00 p.m. on Friday, October 9, 2020, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated August 31, 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge